# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

John Stockard

| | |
|---|---|
| Case Number: | 4:12CR00014-18-SWW |
| USM | 26928-009 |

**Date of Original Judgment:** April 17, 2013

**Date of Previous Amended Judgment:** May 15, 2013
*(Use Date of Last Amended Judgment if Any)*

N/A
Defendant's Attorney

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)**

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　☐ DENIED.
　**X** GRANTED and the defendant's previously imposed sentence of imprisonment of
　　51 months **is reduced to 41 months.**

Except as provided above, all provisions of the judgment dated April 17, 2013 will remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/17/2014　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Effective Date: November 1, 2015
　　　　(If different from order date)